[No. 31086-1-I.    Division One.    April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07571-5, Robert S. Lasnik, J., entered July 2, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Coleman, J.

[No. 31131-0-I.    Division One.    April 11, 1994.]

LOYDEAN WOOD, ET AL, *Appellants*, v. KELLY D. CONNER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-07294-5, Robert C. Bibb, J., entered April 28, 1992. *Reversed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Kennedy, JJ.

[No. 29630-2-I.    Division One.    April 11, 1994.]

ALAN R. WIRTZ, *Appellant*, v. LUIS M. RIVERA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 86-2-04431-1, Janice Niemi, J. Pro Tem., entered February 15, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Kennedy, J.

[No. 31580-3-I.    Division One.    April 11, 1994.]

*In the Matter of the Personal Restraint of* FRED MELVIN PARTON III, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Becker, J.